# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STERLING JEWELERS INC. | ) CASE NO. 5:17-CV-02540 |
| Plaintiff, | ) JUDGE SARA LIOI |
| vs. | ) |
| ALEX AND ANI, LLC, | ) **JOINT STATUS REPORT** |
| Defendant. | ) |

In accordance with this Court's Case Management Plan and Trial Order, Plaintiff Sterling Jewelers Inc. ("Plaintiff") and Defendant Alex and Ani, LLC ("Defendant") hereby submit their second Joint Status Report to the Court. The parties report as follows:

1. **Status of Discovery:** Discovery is ongoing. Plaintiff served discovery requests on March 22, 2018. Defendant served responses to Plaintiff's interrogatories on August 14, 2018. Defendant served responses to Plaintiff's requests for production of documents on August 22, 2018. Plaintiff objected to the format in which Defendant produced responsive documents. Defendant is in the process of producing responsive documents in an electronic format more acceptable to Plaintiff based on the communications between counsel. Defendant served discovery requests directed to Plaintiff on August 14, 2018. Plaintiff intends to respond to Defendant's discovery requests in a timely manner. Plaintiff has also sought to take the deposition of Defendant's Rule 30(b)(6) designee, and the parties are working to schedule a mutually agreeable date once Defendant has finalized its document production.

2. **Settlement Discussions:** No settlement discussions have taken place since the filing of the first Joint Status Report on July 27, 2018.

11484598 v1

2

3. **Motions Filed or Pending:**  Plaintiff's Motion to Deem Admitted Requests for Admission Nos. 1, 2, and 4-10 has been fully brief and is currently pending.

4. **Other Developments:**  There have been no other developments during this reporting period that might give rise to a request to deviate from the schedule outlined in the Case Management Plan and Trial Order.

5. Consistent with the Case Management Plan and Trial Order, the parties intend to submit their next Joint Status Report to the Court on or before October 25, 2018.

Respectfully submitted,

| | |
|---|---|
| *s/ Lori H. Welker* | *s/ Sally P. McDonald* |
| YELENA BOXER (0071379) | JOHN R. CLIMACO |
| LORI WELKER (0085109) | SCOTT D. SIMPKINS |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | CLIMACO, WILCOX, PECA & GAROFOLI CO., L.P.A. |
| 200 Public Square, Suite 2300 | 55 Public Square, Suite 1950 |
| Cleveland, Ohio 44114-2378 | Cleveland, Ohio 44113 |
| Telephone:  216.363.4500 | Telephone: 216.621-8484 |
| Facsimile:  216.363.4588 | jrclim@climacolaw.com |
| yboxer@beneschlaw.com | sdsimp@climacolaw.com |
| lwelker@beneschlaw.com | |
| | MARK J. GERAGOS |
| *Attorneys for Plaintiff Sterling Jewelers Inc.* | GERAGOS & GERAGOS, P.A. |
| | 644 South Figueroa Street |
| | Los Angeles, CA 90017 |
| | Telephone: 213.625.3900 |
| | mark@geragos.com |
| | |
| | SALLY P. MCDONALD |
| | GERAGOS & GERAGOS, P.A. |
| | 50 Exchange Terrace |
| | Providence, RI 02905 |
| | Telephone: 401.465.3557 |
| | sally@geragos.com |
| | |
| | *Attorneys for Defendant Alex and Ani, LLC* |

2

11484598 v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Lori H. Welker*
Attorney for Plaintiff
Sterling Jewelers, Inc.
