# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STERLING JEWELERS INC. | ) | CASE NO. 5:17-CV-02540 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEX AND ANI, LLC, | ) | **JOINT STATUS REPORT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with this Court's Case Management Plan and Trial Order, Plaintiff Sterling Jewelers Inc. ("Plaintiff") and Defendant Alex and Ani, LLC ("Defendant") hereby submit their fifth Joint Status Report to the Court. The parties report as follows:

1. **Status of Discovery:** Discovery is closed.

2. **Settlement Discussions:** The parties have engaged in settlement discussions during this reporting period.

3. **Motions Filed or Pending:** Plaintiff filed its motion for summary judgment on January 15, 2019.

4. **Other Developments:** There has been no change in the status of the case during this reporting period.

5. Consistent with the Case Management Plan and Trial Order, the parties intend to submit their next Joint Status Report to the Court on or before March 11, 2019.

Respectfully submitted,

| | |
|---|---|
| *s/ Lori Welker* | *s/ Sally P. McDonald* |
| YELENA BOXER (0071379) | JOHN R. CLIMACO |
| LORI WELKER (0085109) | SCOTT D. SIMPKINS |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | CLIMACO, WILCOX, PECA & GAROFOLI CO., L.P.A. |
| 200 Public Square, Suite 2300 | 55 Public Square, Suite 1950 |
| Cleveland, Ohio 44114-2378 | Cleveland, Ohio 44113 |
| Telephone:  216.363.4500 | Telephone: 216.621-8484 |
| Facsimile:  216.363.4588 | jrclim@climacolaw.com |
| yboxer@beneschlaw.com | sdsimp@climacolaw.com |
| lwelker@beneschlaw.com | |
| | MARK J. GERAGOS |
| *Attorneys for Plaintiff Sterling Jewelers Inc.* | GERAGOS & GERAGOS, P.A. |
| | 644 South Figueroa Street |
| | Los Angeles, CA 90017 |
| | Telephone: 213.625.3900 |
| | mark@geragos.com |
| | |
| | SALLY P. MCDONALD |
| | GERAGOS & GERAGOS, P.A. |
| | 50 Exchange Terrace |
| | Providence, RI 02905 |
| | Telephone: 401.465.3557 |
| | sally@geragos.com |
| | |
| | *Attorneys for Defendant Alex and Ani, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, a copy of the foregoing Joint Status Report was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Lori Welker*
Attorney for Plaintiff
Sterling Jewelers, Inc.

11861911 v1